| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sherrian Cumberbatch** | Social Security number or ITIN **xxx−xx−1087** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271−C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201−1800 | | Date case filed for Chapter **7: 1/25/17** |
| Case number:  **1−17−40294−nhl** | | |

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION OR OFFICIAL FORM 423 CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) has not filed a Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by April 25, 2017, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: April 10, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 02/01/17]