# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 04/10/2017 |
| Case: 1−17−40294−nhl | Form ID: 268 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr     Debra Kramer     dkramer@kramerpllc.com;trustee@kramerpllc.com
aty     Kevin B Zazzera     kzazz007@yahoo.com

                                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Sherrian Cumberbatch     20 Ada Dr     Staten Island, NY 10314−1442
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014

                                                                                       TOTAL: 2