UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                                    Case No. 17-40294-nhl

Sherrian Cumberbatch,                                                      Chapter 7

                          Debtor.
----------------------------------------------------------X

## ORDER TO SHOW CAUSE

Upon the application filed May 4, 2017 (the "Application") by Sherrian Cumberbatch (the "Debtor"), for an order prohibiting the sale of real property located at 176 Port Richmond Avenue, Staten Island, New York 10302 (the "Property"), it is hereby

**ORDERED**, that the Debtor, Debtor's counsel, Kevin B. Zazzera, 176 Port Richmond Ave, LLC, and any other party in interest appear at a hearing on **May 11, 2017 at 3:30 p.m.**, before Honorable Nancy Hershey Lord in Courtroom 3577, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, and show cause why this Court should enter order should granting the relief sought in the Application, and provide legal authority, and a factual basis, thereof (the "Hearing"); and it is further

**ORDERED**, that on or before **May 8, 2017**, the Debtor shall serve a copy of this Order together with the Application upon which it is based and the exhibits thereto via **overnight mail** upon: (1) 176 Port Richmond Avenue, LLC, c/o Law Office of Thaniel J. Beinert, Attn: Marc A. Merolesi, 155 Bay Ridge Avenue, Brooklyn, NY 11220; (2) Chapter 7 Trustee, Debra Kramer, Debra Kramer, PLLC, 98 Cutter Mill Road, Suite 466, South Great Neck, NY 11021; (3) Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014; and (4) any other party in interest; and it is further

**ORDERED**, that the Debtor shall file an affidavit of service thereof with the Court; and it is further

**ORDERED**, that objections, if any, to the relief requested may be heard at the Hearing.



Dated: May 5, 2017  
Brooklyn, New York

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**

<u>TO:</u>

Sherrian Cumberbatch
20 Ada Dr
Staten Island, NY 10314

Kevin B Zazzera
182 Rose Avenue
Staten Island, NY 10306

176 Port Richmond Ave, LLC
155 Bay Ridge Avenue
Brooklyn, NY 11220

176 Port Richmond Avenue, LLC
c/o Law Office of Thaniel J. Beinert
Attn: Marc A. Merolesi
155 Bay Ridge Avenue
Brooklyn, NY 11220

Debra Kramer
Debra Kramer, PLLC
98 Cutter Mill Road
Suite 466 South
Great Neck, NY 11021

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014